UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IÑIGO RUMAYOR<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARD INTERNATIONAL INC.<br><br>Defendant | Case No.: 23-9280 |

## UNOPPOSED MOTION TO FILE DOCUMENT UNDER SEAL

Plaintiff Iñigo Rumayor hereby moves to file Exhibit C to his Complaint under seal. The document was previously filed publicly at ECF Nos. 1-3 and 5-3, then stricken from the docket. The basis for this motion is that Defendant requested that the document be filed under seal because it is labeled "Highly Confidential."

Respectfully submitted,

/s/ Daniel M. Rosenthal
Daniel M. Rosenthal (admitted *pro hac vice*)
JAMES & HOFFMAN, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006
Tel: (202) 496-0500
Fax: (202) 496-0555
dmrosenthal@jamhoff.com

Dated: January 26, 2024

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
January 26, 2024