UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IÑIGO RUMAYOR,

                Plaintiff,

- against -

MASTERCARD INTERNATIONAL INC.,

                Defendant.

Case No.: 23-cv-09280 (PAE)

**RULE 502(d) ORDER**

---

**Engelmayer, District Judge:**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case, in any other case, or in any federal or state proceeding. This Order shall be interpreted to provide the protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation or privileged and/or protected information before production.

The provisions of Rule 502(b) do not apply.

        SO ORDERED.

Dated:      New York, NY
              January 31, 2024

                                            _____
                                            **Paul A. Engelmayer**
                                            United States District Judge

cc:     All Counsel of Record (via ECF)