UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IÑIGO RUMAYOR<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MASTERCARD INTERNATIONAL INC.<br><br>　　　　　　Defendant. | Case No.: 23-cv-09280 (PAE) |

**JOINT MOTION TO STAY ALL DEADLINES**

<u>VIA ECF</u>

Hon. Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Engelmayer:

　　The parties submit this letter to seek a stay of all deadlines in this case.

　　The current schedule is set forth in the Court's Order granting the parties' joint motion to modify the scheduling order (ECF Nos. 34 and 35) and includes a fact discovery deadline of July 12, 2024.

　　Since issuance of that Order, the parties have reached an agreement in principle on the key terms of a settlement. The parties are currently working together to memorialize and finalize that settlement. Accordingly, the parties respectfully seek this stay to conserve their resources and those of the Court. The parties propose that the stay continue until either party seeks to lift the stay or the case is dismissed.

Dated: June 27, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Daniel Rosenthal
　　　　　　　　　　　　　　　　　　　　Daniel M. Rosenthal (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　JAMES & HOFFMAN, P.C.

1629 K Street NW, Suite 1050
Washington, DC 20006
Tel: (202) 496-0500
Fax: (202) 496-0555
dmrosenthal@jamhoff.com

*Attorney for Plaintiff*

JACKSON LEWIS P.C.

666 Third Avenue, 28th Fl.
New York, New York 10017
Tel.: (212) 545-4000
Mary.Smith@jacksonlewis.com
Kevin.Murray@jacksonlewis.com

By:  /s/ Mary A. Smith
Mary A. Smith
Kevin W. Murray

*Attorneys for Defendant*

The Court appreciates the notification. However, per its usual practice, the Court will issue a separate order dismissing the case without prejudice to the right to reopen it within 60 days if the settlement is not consummated.

SO ORDERED.    *Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
July 2, 2024

2